[No. 40015-4-II.  Division Two.  January 11, 2011.]

MARJORIE M. ARNOLD, *Individually and as Personal Representative*, ET AL., *Appellants*, v. SABERHAGEN HOLDINGS, INC., ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 40456-7-II.  Division Two.  January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE IVAN PAGAN, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 28363-1-III.  Division Three.  January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. HALEY ANN BAUBLITS, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28350-0-III.  Division Three.  January 13, 2011.]

SPOKANE COUNTY ET AL., *Respondents*, v. THE EASTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Defendant*, DAN HENDERSON ET AL., *Appellants*.

*Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ. Now published at 160 Wn. App. 274.